UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:11-cr-71-J-32JRK

BRIAN RUSSELL POLLOCK

_____

**UNITED STATES' NOTICE OF DISCLOSURE OF SUMMARY OF EXPERT TESTIMONY IN COMPLIANCE WITH RULE 16(a)(1)(G), FED. R. CRIM. P.**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Fed. R. Crim. P. 16(a)(1)(G), Fed. R. Evid. 702, Fed. R. Evid. 703 and Fed. R. Evid. 705, respectfully notifies the Court and defense counsel of its intent to call FBI Forensic Examiner (FE) Andrew Spurlock as an expert witness in the field of computers and forensic computer examinations during the trial of this case. On October 5, 2011, the United States provided FE Spurlock's *curriculum vitae* by hand delivery to defense counsel. In summary, FE Spurlock is expected to testify at trial regarding the results of the forensic analysis of defendant's computer media, which is summarized as follows:

The Western Digital external hard disk drive belonging to defendant contains at least 174,000 images and over 1,000 videos. Several hundred of these images and videos depict child pornography. The external hard drive contained a folder titled "tgdefender" in which downloaded material from a particular file sharing program were stored. Within this folder were located additional subfolders, "dlgigga," dlgigga2," and "dlgigga3," which contained child pornography. "Dlgigga" contained 150 user created subfolders with specific titles indicative of child pornography, including "Little

Boy-Rape1," "boy-girl NEED MORE," "2nice vids," "kids," "torture kid," "Preteens tied, raped and beaten," "(pthc) Taylor 10yo Sloppy Pussy," and "04 Girls with Men." "Dlgigga2" and "dlgigga3" collectively contained thousands of files, many of which contained child pornography.

The external hard drive contained a collection of child pornography that includes at least 200 images and at least 200 videos. There were few images of adult pornography. Many of the images depict very young children, including one video of an infant bound with duct tape and being anally raped by an adult male's penis (the basis for Count Eight). There was an image of a dead child whose body was positioned in a sexually explicit pose (the basis for Count Seven). There were images of a child who appear to have been mutilated and burned. There were several stories about children being tortured, sexually abused and murdered, and as well as a handbook on how to rape and kill a young girl in such a manner to prolong the child's suffering and maximize the killer's sexual gratification.

Chat logs recovered from one of defendant's computers that showed the posting of notices using a particular file sharing program over the internet indicating that the user was searching for "pics or vids of ginger boys" and "more files to a video called hugh 13." Review of defendant's external hard drive showed that on August 16, 2010, the user had received a video titled "Hugh 13you.avi" (the basis for Count Five). This video depicts a prepubescent boy with red hair[1] masturbating. On September 3, 2010, the user posted three notices (the bases for Counts One, Two and Three) seeking

---

[1]  The term "ginger boy" refers to a boy with red hair, freckles and pale skin. The child depicted in "Hugh 13yo.avi" fits this description.

"more files" related to "Hugh 13." Specifically, these notices stated, "Hey everyone! has anyone got any pics or vids of ginger boys? because i find them really HOT! also im looking for more files to a video called hugh 13 boy its really hot and i would love it if somebody could help me out!. there will be a nice reward in,." The forensic review shows the receipt of the same "Hugh 13yo.avi" video again over the internet by the user several days later.

         Respectfully submitted,

         ROBERT E. O'NEILL
         United States Attorney

By: */s/ D. Rodney Brown*
    D. RODNEY BROWN
    Assistant United States Attorney
    Florida Bar No. 0906689
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202-4270
    Telephone: (904) 301-6300
    Facsimile: (904) 301-6310
    E-mail:  rodney.brown@usdoj.gov

U.S. v. BRIAN RUSSELL POLLOCK                    Case No. 3:11-cr-71-J-32JRK

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

M. Alan Ceballos, Esq.

*/s/ D. Rodney Brown*
D. RODNEY BROWN
Assistant United States Attorney