UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                      CASE NO.:     3:11-cr-71(S1)-J-32JRK

BRIAN RUSSELL POLLOCK

_____

## DEFENDANT POLLOCK'S WITNESS LIST

**BRIAN RUSSELL POLLOCK,** through counsel, files Defendant Pollock's Witness List pursuant to the Court's Order (Doc. 256) dated December 19, 2013:

1.  E. Tannahill Glen, Psy.D., ABPP-CN, Neuroscience Institute, University of Florida Health, Jacksonville

2.  George M. Joseph, M.D., George M. Joseph, M.D. & Associates

    Respectfully submitted,

    MARK ROSENBLUM
    Professional Association

    s/*Mark Rosenblum*
    Mark Rosenblum
    Florida Bar No. 289175
    mark@markrosenblumlaw.com
    Vanessa Zamora Newtson
    Florida Bar No. 641723
    vanessan@markrosenblumlaw.com
    1300 Riverplace Blvd., Ste. 601
    Jacksonville, Florida 32207
    Telephone: 904-396-6100
    Facsimile: 904-346-4481
    Counsel for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 28, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/*Mark Rosenblum*